UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| ANDRELIA T. POPE, | : | No. 25-12163-pmm |
| Debtor | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : | |
| | : | |
| Movant | : | MOTION FOR RELIEF FROM STAY |
| vs. | : | |
| | : | |
| ANDRELIA T. POPE, | : | |
| Respondent | : | |

## CERTIFICATION OF DEFAULT

This is to certify that the Debtor has failed to pay the October 2025, November 2025, December 2025, and January 2026 payments in the amount of $4,300.24, pursuant to paragraph 3 of the Stipulation filed September 25, 2025. The amount required to bring the post-petition payments current through February 1, 2026 is the amount of $4,925.36, less a suspense amount of $450.00.

Pursuant to paragraph 6 of the Stipulation, a 10-day notice of default was sent to the Debtor and Debtor's attorney, Brad J. Sadek, Esquire on January 30, 2026.

Pennsylvania Housing Finance Agency is entitled to immediate relief from the automatic stay in order to exercise any and all of its state law rights and remedies against the real property, with improvements, located at **4143 Maywood St., Philadelphia, Philadelphia County, Pennsylvania 19124** without further notice, hearing and/or Order of Court.

Respectfully submitted,

BARLEY SNYDER

By:  /s/ Matthew G. Brushwood
Matthew G. Brushwood, Esquire
Attorney for Pennsylvania Housing Finance Agency
2755 Century Boulevard
Wyomissing, PA 19610
(610) 372-3500

Dated: 2/17/2026

13832742.1